IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NICOLE KYLIN AND TIMOTHY RUBIN,

        Appellants,

                                     Case No. 5D21-975

v.                                 LT Case No. 2018-CA-53546


EPH320, LLC, D/B/A GRILLS
RIVERSIDE SEAFOOD DECK & TIKI BAR,

        Appellee.
_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Brevard County,
Curt Jacobus, Judge.

Brian J. Lee, of Morgan & Morgan,
Jacksonville, for Appellants.

Therese A. Savona and Geraldine
P. Pena, of Cole, Scott & Kissane,
P.A., Orlando, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.